**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CASE NO. 05-8063-DJW** |
| ) | |
| **JAVIER PRIMITIVO MENDOZA,** ) | |
| ) | |
| **Defendant.** ) | |

**WITHDRAWAL OF COUNSEL AND ENTRY OF APPEARANCE
OF SUBSTITUTED COUNSEL FOR PLAINTIFF**

Pursuant to D. Kan. Rule 83.5.5, Michael G. Christensen, Assistant United States Attorney for the District of Kansas, hereby withdraws as counsel for plaintiff, and Terra D. Morehead, Assistant United States Attorney, enters her appearance as counsel for plaintiff.

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

  *s/ Terra D. Morehead*
TERRA D. MOREHEAD
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas  66101-2433
(913) 551-6730
KS. S.Ct. No. 12759
E-mail: Terra.Morehead@usdoj.gov
ELECTRONICALLY FILED
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of February, 2007, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

NONE

I further certify that on this date the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

NONE

                                              *s/ Terra D. Morehead*
                                              TERRA D. MOREHEAD
                                              Assistant United States Attorney