IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | CASE NUMBER: 05-8063-DJW |
| JAVIER PRIMITIVO MENDOZA,   ) | |
| ) | |
| Defendant.   ) | |

**MOTION TO DISMISS**

The United States of America, by and through undersigned counsel, moves the Court to dismiss this case against Javier Primitivo Mendoza without prejudice in the interests of justice because the state prosecutor is unable to pursue extradition from the foreign country where the defendant has fled.

    Barry R. Grissom
    United States Attorney

    s/Terra D. Morehead
    Terra D. Morehead
    Ks. S.Ct. No. 12759
    Assistant United States Attorney
    500 State Avenue, Suite 360
    Kansas City, Kansas 66101
    (913)551-6730
    (913)551-6541 (fax)
    Terra.Morehead@usdoj.gov